UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>         Plaintiff,<br><br>    v.<br><br>Robert A Johnson;<br>Nai Qui Liu; and Does 1-10,<br><br>         Defendants. | Case: 2:13-CV-02488-LKK-EFB<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

### ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated:  May 15, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

1

Stipulation for Dismissal          Case: 2:13-CV-02488-LKK-EFB